

Cause No. 3-04-CV1338-R

| | |
|---|---|
| JANE DOE, Individually, | UNITED STATES DISTRICT COURT |
| & | |
| JANE and JOHN DOE, as Next Friend of their Daughter BABY DOE | |
| v. | NORTHERN DISTRICT OF TEXAS |
| WESTFIELD HOLDINGS, LTD., VANCOUVER MALL II, LLC, THE WESTFIELD GROUP, WESTFIELD CORPORATION, INC., and IPC INTERNATIONAL CORPORATION | DALLAS DIVISION |



## PLAINTIFFS' MOTION TO DISMISS, WITHOUT PREJUDICE, WESTFIELD HOLDINGS, LTD AND THE WESTFIELD GROUP

TO THE HONORABLE JUDGE OF SAID COURT:

1. This is a premises liability, negligence case stemming from the savage rape of a Texas woman, while in a shopping mall "family" restroom. Plaintiffs are residents of Texas and have alleged that the mall was poorly designed\managed, and that there was inadequate security.

2. The mall is connected with one or more Westfield companies, several of which have been sued in this case. Counsel for Plaintiffs and defense counsel have met informally to streamline parties that should, and should not, be involved in this case. Plaintiffs therefore move voluntarily to dismiss Westfield Holdings, Ltd. and The Westfield Group.

3. This will leave as defendants, relative to the mall, Vancouver Mall II, LLC, and

1

Westfield Corporation, Inc. Also remaining as a defendant is the security company, IPC International Corporation.

Respectfully submitted,

*/s/ William Kenneth C. Dippel*
WILLIAM KENNETH C. DIPPEL
State Bar No. 05894500

DIPPEL & DAVIS
12201 Merit Drive, Suite 230
Dallas, Texas 75251

Phone   972.866.9900
Fax     972.866.9902
EMail   wkcd@wkcd.net

**COUNSEL FOR PLAINTIFFS**

### Certificate of Conference and Service

I certify that I have spoken with counsel for all defendants (Counsel for Westfield on June 29, Counsel for IPC on June 30) in this case and that they are in agreement with this motion. I have also served counsel with a copy of this motion, and the attached order, on July 5, 2005.

*/s/ William Kenneth C. Dippel*
William Kenneth C. Dippel

2