Case 4:01-cv-00062-BE   Document 38   Filed 10/23/01   Page 1 of 1   PageID 52

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 2 3 2001

CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ADVOCACY INCORPORATED, | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO 4:01CV-062-BE |
| | § | |
| TARRANT COUNTY HOSPITAL DISTRICT | § | |
| d/b/a JOHN PETER SMITH HOSPITAL, | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Consistent with the Memorandum Opinion and Order previously entered in this cause,

It is ORDERED, ADJUDGED and DECREED that

(1) the failure of Defendant Tarrant County Hospital District, d/b/a John Peter Smith Hospital, to grant Advocacy, Inc. prompt access to the records of Sawin or other individuals with mental illness receiving care or treatment at a facility within the Tarrant County Hospital District, d/b/a John Peter Smith Hospital, when there exists a complaint or probable cause to believe that the person has been or is at risk for abuse and neglect is hereby declared to be in violation of Advocacy, Inc.'s rights and duties under 42 U S C § 10801 et seq. and 42 U.S.C. § 1983; and.

(2) the Hospital District hereby shall be enjoined and restrained from declining to release the records of Robert Sawin or any other "individual with mental illness," as defined in 42 U.S.C. § 10802(4), when properly requested by Advocacy, Inc. for purposes related to the Protection and Advocacy for Mentally Ill Individuals Act, 42 U.S.C. § 10801 et seq.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff Advocacy, Inc shall recover attorneys' fees in the sum of $17,753 50 from Defendants

SIGNED OCTOBER 23, 2001

_____
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE